BEFORE THE THIRD DIVISION, AUGUST 8, 1966

**No. P66/182.**—United China & Glass Company *v.* United States, protests 65/9890 and 65/12373 (Philadelphia).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 10, 1966

**No. P66/183.**—California Radio & Electronics Co. et al. *v.* United States, protests 59/17753, etc. (Los Angeles).
**No. P66/184.**—Bruce Duncan Co., Inc., a/c Lloyd Trading Co. et al. *v.* United States, protests 61/13534, etc. (Los Angeles).
**No. P66/185.**—Nomura (America) Corp. et al. *v.* United States, protests 63/17193, etc. (Los Angeles).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 15, 1966

**No. P66/186.**—Elmay Importing Co. et al. *v.* United States, protests 65/17362, etc. (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.